**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Bridget Nicole Gandy, Debtor** **Case No. 21-51216-KMS**
**Chapter 13**

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed: /s/ Bridget Nicole Gandy ________________ 11/16/2026__
Bridget Nicole Gandy Date

/s/ Thomas C. Rollins, Jr.________________ 11/16/2026__
Thomas C. Rollins, Jr., MS Bar No. 103469 Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

Jackson Office:
Danny L. Miller, Clerk
United States Bankruptcy Court
Thad Cochran US Courthouse
501 E Court St, Ste 2.300
Jackson, MS 39201

Gulfport Divisional Office:
Danny L. Miller, Clerk
United States Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th St, Suite 244
Gulfport, MS 39501

**CERTIFICATE OF SERVICE**

On November 17, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

/s/ Thomas C. Rollins, Jr.____________
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
BRIDGET NICOLE GANDY

CASE NO: 21-51216

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 11/17/2026, I did cause a copy of the following documents, described below,

MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/17/2026

/s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

BRIDGET NICOLE GANDY

CASE NO: 21-51216

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 11/17/2026, a copy of the following documents, described below,

MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/17/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-51216
SOUTHERN DISTRICT OF MISSISSIPPI
TUE NOV 17 8-15-43 PST 2026

ECMC
PO BOX 16408
ST PAUL MN 55116-0408

INTERCOASTAL FINANCIAL LLC
CO WEINSTEIN RILEY PS
2001 WESTERN AVENUE
SUITE 400
SEATTLE WA 98121-3132

(P)KHEAA
ATTN MILES F JUSTICE
100 AIRPORT RD
FRANKFORT KY 40601-6161

THE JOHNSON GROUP LLC
P O BOX 91
MERIDIAN MS 39302-0091

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL JR US COURTHOUSE~~
~~2012 15TH STREET SUITE 244~~
~~GULFPORT MS 39501-2036~~

1ST HERITAGE
903 ROBINSON ST
WAYNESBORO MS 39367-2455

ADVANCE AMERICA
4237B LAKELAND DR
FLOWOOD MS 39232-9212

ALLIANT CAPITAL MANAGE
3840 E ROBINSON RD 2
BUFFALO NY 14228-2001

ALLIANT CAPITAL MANAGEMENT HDH
CO WEINSTEIN RILEY PS
2001 WESTERN AVE STE 400
SEATTLE WA 98121-3132

(P)CREDITNINJA
27 N WACKER DRIVE
SUITE 404
CHICAGO IL 60606-2800

~~EXCLUDE~~

~~(D)ECMC~~
~~PO BOX 16408~~
~~ST PAUL MN 55116-0408~~

EAGLE ADVANCE
PO BOX 645
SANTA YSABEL CA 92070-0645

EDFINANCIAL ON BEHALF OF US DEPT OF EDUCATI
EDFINANCIAL SERVICES
120 N SEVEN OAKS DR
KNOXVILLE TN 37922-2359

FEDLOAN
POB 60610
HARRISBURG PA 17106-0610

FINGERHUT
6250 RIDGEWOOD ROAD
SAINT CLOUD MN 56303-0820

FIRST HERITAGE CREDIT OF MISSISSIPPI LLC
DBA 1ST HERITAGE CREDIT
FIRST HERITAGE CREDIT
903 ROBINSON ST
WAYNESBORO MS 39367-2455

(P)GETGREE123
6360 NW 5TH WAY SUITE 200
FORT LAUDERDALE FL 33309-6136

~~EXCLUDE~~

~~(D)INTERCOASTAL FINANCIAL LLC~~
~~CO WEINSTEIN RILEY PS~~
~~2001 WESTERN AVENUE SUITE 400~~
~~SEATTLE WA 98121-3132~~

~~EXCLUDE~~

~~(D)(P)KHEAA~~
~~ATTN MILES F JUSTICE~~
~~100 AIRPORT RD~~
~~FRANKFORT KY 40601-6161~~

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

(P)LEAP CREDIT LLC
3348 PEACHTREE RD STE 150
ATLANTA GA 30326-1440

LEAP CREDIT LLC
CO WEINSTEIN RILEY PS
2001 WESTERN AVE STE 400
SEATTLE WA 98121-3132

(P)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

MOHELA ON BEHALF OF NSLP
NSLP
1300 O STREET
LINCOLN NE 68508-1511

(P)MOBILOANS LLC
151 MELACON RD
MARKSVILLE LA 71351-3065

MONEY KEY
3422 OLD CAPITOL TRAIL
STE 1613
WILMINGTON DE 19808-6124

MW FIDEL SVC
103 S MAIN STREET
OTTAWA KS 66067-2327

OXFORD FINANCIAL
PO BOX 93
SANTA ROSA CA 95402-0093

RESURGENT CAPITAL SERV
15 SOUTH MAIN ST
STE 600
GREENVILLE SC 29601-2768

SANTANDER CONSUMER USA INC
1601 ELM ST STE 800
DALLAS TX 75201-7260

SCOLOPAX LLC
CO WEINSTEIN RILEY PS
2001 WESTERN AVE STE 400
SEATTLE WA 98121-3132

SPEEDE CASH
PO BOX 780408
WICHITA KS 67278-0408

SPEEDYRAPID CASH
PO BOX 780408
WICHITA KS 67278-0408

THE JOHNSON GROUP LLC
CO TOTAL FINANCE
PO BOX 146
MERIDIAN MS 39302-0146

THE LOAN SMITH
621 MEDICINE WAY STE 2
UKIAH CA 95482-8136

TOTAL FINANCE INC
PO BOX 146
MERIDIAN MS 39302-0146

TRUE ACCORD
53 MAIDEN LANE
3RD FLOOR
SAN FRANCISCO CA 94108

US DEPARTMENT OF EDUCATION
CO FEDLOAN SERVICING
PO BOX 69184
HARRISBURG PA 17106-9184

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

WORLD FINANCE
PO BOX 6429
GREENVILLE SC 29606-6429

WORLD FINANCE
WORLD ACCEPTANCE CORPORATION
ATTN BANKRUPTCY
PO BOX 6429
GREENVILLE SC 29606-6429

DEBTOR

BRIDGET NICOLE GANDY
26 BJ HENRY RD
WAYNESBORO MS 39367-7440

~~EXCLUDE~~

~~(P)DAVID RAWLINGS~~
~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~
~~PO BOX 566~~
~~HATTIESBURG MS 39403-0566~~

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG MS 39401-3836

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~